# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM AGUIRRE RESENDIZ,<br><br>Petitioner,<br><br>v.<br><br>PAMELA BONDI, *et al.*,<br><br>Respondents. | Case No.  5:25-cv-02987-FWS-RAO<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), Dkt. No. 1; Respondents' Answer to the Petition, Dkt. No. 6; Petitioner's Reply, Dkt. No. 8; Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. No. 9; and all of the records and files herein.

The time for filing objections to the Report has passed, and no objections have been received.  The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///

///

///

///

IT IS ORDERED that:

(1) The Petition is GRANTED IN PART;

(2) Respondents are ORDERED to release Petitioner from custody within 24 hours of this Order and place him on the same conditions as previously imposed; and

(3) Respondents are ORDERED to file a status report substantiating compliance with the Court's order within three days of this Order.

Dated: April 1, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

2