# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABRAHAM AGUIRRE RESENDIZ, | Case No. 5:25-cv-02987-FWS-RAO |
| Petitioner, | |
| v. | **JUDGMENT** |
| PAMELA BONDI, *et al.*, | |
| Respondents. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED the Petition is granted in part.

Dated: April 7, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE